# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| MIZERA, MARK S § | Case No. 09-28845 |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/10/2012 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/22/2011                By: /s/ Barry A. Chatz, Trustee
                                              Barry A. Chatz, Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606-0000

UST Form 101-7-NFR (5/1/2011) (Page: 1)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-28845-PSH
Mark S Mizera                                                       Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 3          Date Rcvd: Nov 23, 2011
                              Form ID: pdf006          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2011.
```
db         +Mark S Mizera,    1940 W Montrose Apt #2,    Chicago, IL 60613-1027
17078364    American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
14281898   +Anthony Meyer,   c/o Jacobs Burns Orlove Stanton,    122 S. Michigan Ave. Suite 1720,
             Chicago, IL 60603-6145
14281899   +Bruce Bozich,    11800 South 75th Ave,    Palos Heights, IL 60463-1033
14281901    Carrington Mortgage Services, LLC,    PO Box 79001,   Phoenix, AZ 85062-9001
14281902   +Casimer Jakubowski,   c/o Jacobs Burns Orlove Stanton,    122 S. Michigan Ave. Suite 1720,
             Chicago, IL 60603-6145
14281903   +Cezary Wasolewski,    3866 N. Rubby St.,    Schiller Park, IL 60176-2497
14941404    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14281904    Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
14281905    Citi Card,   Box 6000,    The Lakes, NV 89163-6000
15301247   +Consumer Program Administrators, Inc.,    William N. Howard, Esq.,    Freeborn & Peters LLP,
             311 South Wacker Drive, Suite 3000,    Chicago, Illinois 60606-6679
14281906   +Consumers Program Administrators,    1235 W Jackson Blvd,   11th Floor,    Chicago, IL 60607
14281908   +Duane Becker Jr,   c/o Jacobs, Burns, Orlove Stanton,    122 S. Michigan Ave, Suite 1720,
             Chicago, IL 60603-6145
14281909    Exxon Mobil,    P.O. Box 688940,    Des Moines, IA 50368-8940
14281910    Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
15304682   +Fifth Third Bank,,    an Ohio banking corporation,   Peter J Schmidt Polsinelli Shughart,
             161 N Clark St Ste 2400,    Chicago, IL 60601-3244
14281911   +Hillard M Sterling,    311 S Wacker Drive,    Suite 3000,   Chicago, IL 60606-6683
14281912  ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    ICS Payment & Correspondence Unit,
             P.O. Box 19043,    Springfield, IL 62794-9043)
14281913  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    230 S. Dearborn Street,
             Chicago, IL 60604-1505)
15023443    Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,    Chicago, IL 60664-0338
14281914   +Lon Dunham,    3008 N. Oleander,    Elmwood Park, IL 60707-1137
14281915   +Lori Mizera,    17103 Swallow Lane,    Orland Park, IL 60467-8497
14281916   +Mathew Etheridge,   c/o Jacobs Burns Orlove Stanton,    122 S. Michigan Ave, Suite 1720,
             Chicago, IL 60603-6145
14281917   +Michael Scully,   c/o Jacobs Burns Orlove Stanton,    122 S. Michigan Ave. Suite 1720,
             Chicago, IL 60603-6145
14281918   +Michele Gonzales,    4549 W. Wellington,    Chicago, IL 60641-5221
14281919   +Mizera Chevrolet Buick, Inc,   R/A James Hardt,    2610 Lake Cook Road Suite 200,
             Deerfield, IL 60015-5710
14281920   +Nick Georgean,   c/o Jacobs Burns Orlove Stanton,    122 S. Michigan Ave. suite 1720,
             Chicago, IL 60603-6145
14281921   +Patrick O'Hearn,    11435 S. Fairfield,    Chicago, IL 60655-1906
15301677   +Resource Dealer Group, Inc.,    William N. Howard, Esq.,   Freeborn & Peters LLP,
             311 South Wacker Drive, Suite 3000,    Chicago, Illinois 60606-6679
14281922   +Tony Rizkallah,   c/o Jacobs Burns Orlove Stanton,    122 S. Michigan Ave. Suite 1720,
             Chicago, IL 60603-6145
14281923   +Walter Bodnard,   c/o Jacobs Burns Orlove Stanton,    122 S. Michigan Ave. Suite 1720,
             Chicago, IL 60603-6145
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14281900      E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2011 04:16:45      Care Credit / GE Money Bank,
             PO box 960061,    Orlando, FL 32896-0061
14912853      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 24 2011 05:21:47      DISCOVER BANK,
             DFS Services LLC,    PO Box 3025,   New Albany, Ohio   43054-3025
14281907      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 24 2011 05:21:47      Discover Card,
             P.O. Box 6103,   Carol Stream, IL 60197-6103
15113466     +E-mail/PDF: gecsedi@recoverycorp.com Nov 24 2011 04:46:56      GE Money Bank dba CARECREDIT/GEMB,
             Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15281282     +E-mail/Text: resurgentbknotifications@resurgent.com Nov 24 2011 03:09:57
             PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5
```

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: adragonet            Page 2 of 3              Date Rcvd: Nov 23, 2011
                              Form ID: pdf006            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2011**                **Signature:**   /s/ Joseph Speetjens

```
District/off: 0752-1          User: adragonet            Page 3 of 3                  Date Rcvd: Nov 23, 2011
                              Form ID: pdf006            Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2011 at the address(es) listed below:
          Alex  Pirogovsky    on behalf of Defendant Lori Mizera alex@pflaw1.com
          Barry A Chatz    bachatz@arnstein.com,
          bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Christina M Riepel    on behalf of Plaintiff Barry Chatz gstern2@flash.net
          Gregory K Stern    on behalf of Plaintiff Barry Chatz gstern1@flash.net,
          steve_horvath@ilnb.uscourts.gov
          James  Hausler    on behalf of Plaintiff Barry Chatz james.e.hausler@gmail.com
          Monica C. O'Brien    on behalf of Plaintiff Barry Chatz gstern3@flash.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter J Schmidt    on behalf of Creditor  Fifth Third Bank, an Ohio banking corporation, as
          successor by merger with Fifth Third Bank, a Michigan banking corporation pschmidt@polsinelli.com
                                                                              TOTAL: 8