UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MIZERA, MARK S § Case No. 09-28845
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BARRY A. CHATZ_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carrington Mortgage Services, LLC PO Box 79001 Phoenix, AZ 85062-9001 | | | | | |
| 000005B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue ICS Payment & Correspondence Unit P.O. Box 19043 Springfield, IL 62794-9043 | | | | | |
| | Internal Revenue Service 230 S. Dearborn Street Chicago, IL 60604-1505 | | | | | |
| 000005C | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000010 | ANTHONY MEYER | | | | | |
| 000007 | CASIMER JAKUBOWSKI | | | | | |
| 000015 | CEZARY WASOLEWSKI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | DUANE BECKER JR | | | | | |
| 000011 | MATHEW ETHERIDGE | | | | | |
| 000012 | MICHAEL SCULLY | | | | | |
| 000014 | NICK GEORGEAN | | | | | |
| 000008 | TONY RIZKALLAH | | | | | |
| 000009 | WALTER BODNARD | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anthony Meyer c/o Jacobs Burns Orlove Stanton 122 S. Michigan Ave. Suite 1720 Chicago, IL 60604 | | | | | |
| | Care Credit / GE Money Bank PO box 960061 Orlando, FL 32896-0061 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Casimer Jakubowski c/o Jacobs Burns Orlove Stanton 122 S. Michigan Ave. Suite 1720 Chicago, IL 60604 | | | | | |
| | Cezary Wasolewski 3866 N. Rubby St. Schiller Park, IL 60176 | | | | | |
| | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Citi Card Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Consumers Program Administrators 1235 W Jackson Blvd 11th Floor Chicago, IL 60604 | | | | | |
| | Discover Card P.O. Box 6103 Carol Stream, IL 60197-6103 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Duane Becker Jr c/o Jacobs, Burns, Orlove Stanton 122 S. Michigan Ave, Suite 1720 Chicago, IL 60603 | | | | | |
| | Exxon Mobil P.O. Box 688940 Des Moines, IA 50368-8940 | | | | | |
| | Fifth Third Bank PO Box 740789 Cincinnati, OH 45274-0789 | | | | | |
| | Lon Dunham 3008 N. Oleander Elmwood Park, IL 60707 | | | | | |
| | Mathew Etheridge c/o Jacobs Burns Orlove Stanton 122 S. Michigan Ave, Suite 1720 Chicago, IL 60604 | | | | | |
| | Michael Scully c/o Jacobs Burns Orlove Stanton 122 S. Michigan Ave. Suite 1720 Chicago, IL 60604 | | | | | |
| | Michele Gonzales 4549 W. Wellington Chicago, IL 60641 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nick Georgean c/o Jacobs Burns Orlove Stanton 122 S. Michigan Ave. suite 1720 Chicago, IL 60604 | | | | | |
| | Patrick O'Hearn 11435 S. Fairfield Chicago, IL 60655 | | | | | |
| | Tony Rizkallah c/o Jacobs Burns Orlove Stanton 122 S. Michigan Ave. Suite 1720 Chicago, IL 60604 | | | | | |
| | Walter Bodnard c/o Jacobs Burns Orlove Stanton 122 S. Michigan Ave. Suite 1720 Chicago, IL 60604 | | | | | |
| | ANTHONY MEYER | | | | | |
| | CASIMIR JAKUBOWSKI | | | | | |
| | CEZARY WASOLEWSKI | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000018 | CONSUMER PROGRAM ADMINISTRATORS, IN | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DUANE BECKER, JR. | | | | | |
| 000020 | FIFTH THIRD BANK, | | | | | |
| 000006 | GE MONEY BANK DBA CARECREDIT/GEMB | | | | | |
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000004 | LON DUNHAM | | | | | |
| | MATHEW ETHERIDGE | | | | | |
| | MICHAEL SCULLY | | | | | |
| | NICK GEORGEAN | | | | | |
| 000016 | PYOD LLC AS ASSIGNEE OF CITIBANK | | | | | |
| 000017 | PYOD LLC AS ASSIGNEE OF CITIBANK | | | | | |
| 000019 | RESOURCE DEALER GROUP, INC. | | | | | |
| | TONY RIZKALLAH | | | | | |
| | WALTER BODNARD | | | | | |
| 000023 | AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-28845 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MIZERA, MARK S | | | Date Filed (f) or Converted (c): | 08/06/09 (f) |
| | | | | 341(a) Meeting Date: | 09/18/09 |
| For Period Ending: | 09/12/12 | | | Claims Bar Date: | 03/24/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE 17103 SWALLOW LANE ORLAND | 675,000.00 | 125,029.85 | DA | 0.00 | FA |
| 2. CASH | 25.00 | 25.00 | DA | 0.00 | FA |
| 3. MONEY MARKET ACCOUNT STANDARD BANK ACCT: | 4,000.00 | 4,000.00 | DA | 0.00 | FA |
| 4. CHECKING ACCOUNT STANDARD BANK ORLAND PARK, IL ACC | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 5. CHECKING ACCOUNT CHASE BANK ACCT: 1110010258085 | 129.33 | 129.33 | DA | 0.00 | FA |
| 6. GENERAL HOUSEHOLD FURNISHINGS, COUCH, BEDS, TELEVI | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 7. SEVERAL BOOKS; FAMILY PHOTOGRAPHS. | 50.00 | 50.00 | DA | 0.00 | FA |
| 8. ORDINARY CLOTHING | 100.00 | 100.00 | DA | 0.00 | FA |
| 9. WEDDING RING; WATCH; MISC. COSTUME JEWELRY | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 10. IRA EDWARD JONES ORLAND PARK, IL ACCT: 224-96508-1 | 5,007.90 | 5,007.90 | DA | 0.00 | FA |
| 11. STOCK OF MIZERA CHEVROLET-BUICK, INC. | 0.00 | Unknown | DA | 0.00 | FA |
| 12. 2007 CADILLAC ESCALADE MILEAGE: 30,000 | 25,000.00 | 25,000.00 | DA | 10,000.00 | FA |
| 13. FAMILY DOG | 0.00 | Unknown | DA | 0.00 | FA |
| 14. PREFERENCE SETTLEMENT | 0.00 | 13,000.00 | DA | 13,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 4.84 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $714,512.23 | $177,542.08 | | $23,004.84 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR HEARD 1/10/12; CHECKS CUT 1/10/12; WAITING FOR ALL CHECKS TO CLEAR; PREPARE TDR.

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/11

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.06f

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-28845 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MIZERA, MARK S | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0038  BofA - Money Market Account |
| Taxpayer ID No: | *******5190 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/10 | 12 | Mark S. Mizera | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 5,000.00 | | 5,000.00 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 5,000.03 |
| 02/01/10 | 12 | Mark S. Mizera 17103 Swallow Lane Orland Park, IL 60467 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 5,000.00 | | 10,000.03 |
| 02/12/10 | 000301 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 9.79 | 9,990.24 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 9,990.46 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 9,990.72 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,990.97 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,991.22 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,991.47 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,991.72 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 9,991.98 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,992.23 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,992.48 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,992.73 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,992.98 |
| 01/06/11 | 14 | LORI MIZERA 17103 SWALLOW LANE ORLAND PARK, IL 60467 | PREFERENCE SETTLEMENT FEES AND EXPENSES | 1241-000 | 10,500.00 | | 20,492.98 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 20,493.36 |
| 02/04/11 | 000302 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 17.67 | 20,475.69 |
| 02/07/11 | 14 | LORI L. MIZERA 17103 SWALLOW LANE ORLAND PARK, IL 60467 | PREFERENCE SETTLEMENT | 1141-000 | 500.00 | | 20,975.69 |

Page Subtotals  21,003.15  27.46

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-28845 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MIZERA, MARK S | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0038  BofA - Money Market Account |
| Taxpayer ID No: | *******5190 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,975.85 |
| 03/07/11 | 14 | LORI MIZERA<br>17103 SWALLOW LANE<br>ORLAND PARK, IL 60467 | PREFERENCE SETTLEMENT | 1241-000 | 500.00 | | 21,475.85 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 21,476.03 |
| 04/05/11 | 14 | LORI L. MIZERA<br>17103 SWALLOW LANE<br>ORLAND PARK, IL 60467 | PREFERENCE SETTLEMENT | 1241-000 | 500.00 | | 21,976.03 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 21,976.20 |
| 05/06/11 | 14 | LORI MIZERA<br>17103 SWALLOW LANE<br>ORLAND PARK, IL 60467-8497 | PREFERENCE SETTLEMENT | 1241-000 | 500.00 | | 22,476.20 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 22,476.40 |
| 06/06/11 | 14 | LORI MIZERA<br>17103 SWALLOW LANE<br>ORLAND PARK, IL 60467-8497 | PREFERENCE SETTLEMENT | 1241-000 | 500.00 | | 22,976.40 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,976.59 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,976.78 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 22,976.98 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 22,977.17 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 22,977.37 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.27 | 22,948.10 |
| 11/03/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 22,948.11 |
| 11/03/11 | | Transfer to Acct #*******7578 | Final Posting Transfer | 9999-000 | | 22,948.11 | 0.00 |

Page Subtotals          2,001.69          22,977.38

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 09-28845 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MIZERA, MARK S | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0038  BofA - Money Market Account |
| Taxpayer ID No: | *******5190 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 23,004.84 | 23,004.84 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 22,948.11 | |
| | | | Subtotal | | 23,004.84 | 56.73 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 23,004.84 | 56.73 | |

Page Subtotals                0.00            0.00

Ver: 16.06f

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-28845 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | MIZERA, MARK S | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7578  BofA - Checking Account |
| Taxpayer ID No: | *******5190 | | |
| For Period Ending: | 09/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 11/03/11 | | Transfer from Acct #*******0038 | Transfer In From MMA Account | | 9999-000 | 22,948.11 | | 22,948.11 |
| 01/10/12 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Expense | | | | 3,150.62 | 19,797.49 |
| | | | Fees | 3,050.48 | 2100-000 | | | |
| | | | Expenses | 100.14 | 2200-000 | | | |
| 01/10/12 | 003002 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON, SUITE 1442<br>CHICAGO, IL 60604 | Attorney for Trustee Fees (Other Fi | | | | 9,017.20 | 10,780.29 |
| | | | Fees | 8,962.00 | 3210-000 | | | |
| | | | Expenses | 55.20 | 3220-000 | | | |
| 01/10/12 | 003003 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL  60601-1286 | Accountant for Trustee Fees (Other | | 3410-000 | | 1,000.00 | 9,780.29 |
| 01/10/12 | 003004 | CASIMER JAKUBOWSKI<br>C/O JACOBS BURNS ORLOVE STANTON<br>122 S. MICHIGAN AVE. SUITE 1720<br>CHICAGO, IL 60604 | Claim 000007, Payment 35.24828% | | 5300-000 | | 1,194.24 | 8,586.05 |
| 01/10/12 | 003005 | TONY RIZKALLAH<br>C/O JACOBS BURNS ORLOVE STANTON<br>122 S. MICHIGAN AVE. SUITE 1720<br>CHICAGO, IL 60604 | Claim 000008, Payment 35.24820% | | 5300-000 | | 948.73 | 7,637.32 |
| 01/10/12 | 003006 | WALTER BODNARD<br>C/O JACOBS BURNS ORLOVE STANTON<br>122 S. MICHIGAN AVE. SUITE 1720<br>CHICAGO, IL 60604 | Claim 000009, Payment 35.24842% | | 5300-000 | | 1,324.84 | 6,312.48 |

Page Subtotals   22,948.11   16,635.63

Ver: 16.06f

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-28845 |
| Case Name: | MIZERA, MARK S |
| Taxpayer ID No: | *******5190 |
| For Period Ending: | 09/12/12 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7578  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/10/12 | 003007 | ANTHONY MEYER<br>C/O JACOBS BURNS ORLOVE STANTON<br>122 S. MICHIGAN AVE. SUITE 1720<br>CHICAGO, IL 60604 | Claim 000010, Payment 35.24839% | 5300-000 | | 1,116.69 | 5,195.79 |
| 01/10/12 | 003008 | MATHEW ETHERIDGE<br>C/O JACOBS BURNS ORLOVE STANTON<br>122 S. MICHIGAN AVE, SUITE 1720<br>CHICAGO, IL 60604 | Claim 000011, Payment 35.24832% | 5300-000 | | 1,047.70 | 4,148.09 |
| 01/10/12 | 003009 | MICHAEL SCULLY<br>C/O JACOBS BURNS ORLOVE STANTON<br>122 S. MICHIGAN AVE. SUITE 1720<br>CHICAGO, IL 60604 | Claim 000012, Payment 35.24816% | 5300-000 | | 1,076.50 | 3,071.59 |
| 01/10/12 | 003010 | DUANE BECKER JR<br>C/O JACOBS, BURNS, ORLOVE STANTON<br>122 S. MICHIGAN AVE, SUITE 1720<br>CHICAGO, IL 60603 | Claim 000013, Payment 35.24829% | 5300-000 | | 1,123.92 | 1,947.67 |
| 01/10/12 | 003011 | NICK GEORGEAN<br>C/O JACOBS BURNS ORLOVE STANTON<br>122 S. MICHIGAN AVE. SUITE 1720<br>CHICAGO, IL 60604 | Claim 000014, Payment 35.24823% | 5300-000 | | 1,412.95 | 534.72 |
| 01/10/12 | 003012 | CEZARY WASOLEWSKI<br>3866 N. RUBBY ST.<br>SCHILLER PARK, IL 60176 | Claim 000015, Payment 35.24852% | 5300-000 | | 534.72 | 0.00 |

Page Subtotals    0.00    6,312.48

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-28845 |
| Case Name: | MIZERA, MARK S |
| Taxpayer ID No: | *******5190 |
| For Period Ending: | 09/12/12 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7578  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 22,948.11 | 22,948.11 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 22,948.11 | 0.00 | |
| | | | Subtotal | | 0.00 | 22,948.11 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 22,948.11 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0038 | 23,004.84 | 56.73 | 0.00 |
| BofA - Checking Account - ********7578 | 0.00 | 22,948.11 | 0.00 |
| | 23,004.84 | 23,004.84 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00         0.00

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*